**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GEORGE LEBEUF** | **DOCKET NO. 3:17-cv-00334-BAJ-RLB** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **RACETRAC PETROLEUM, INC., ET AL.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS** |

**MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes Defendant, **RACETRAC PETROLEUM, INC. ("Defendant")**, who respectfully requests that Keely Y. Scott (Bar No. 23932) and Catherine S. Giering (Bar No. 26495) of the law firm of Donohue, Patrick & Scott, PLLC, be enrolled as additional counsel of record on its behalf. Quentin F. Urquhart, Jr. and Kelly E. Brilleaux of the law firm of Irwin, Fritchie, Urquhart & Moore, LLC, are already enrolled as counsel for Defendant.

Respectfully submitted,

/s/ *Kelly E. Brilleaux*
Quentin F. Urquhart, Jr. (#14475)
Kelly E. Brilleaux (#33030)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
qurquhart@irwinllc.com
kbrilleaux@irwinllc.com
***Counsel for RaceTrac Petroleum, Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on the 12th day of September, 2017, a copy of the foregoing Motion to Enroll as Additional Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Kelly E. Brilleaux*